# AFFIDAVIT OF SPECIAL AGENT LAUREN VATIER

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been a Special Agent with the FBI since 2024. I am currently assigned to the Worcester Resident Agency of the Boston Division and the Child Exploitation and Human Trafficking Task Force. While employed with the FBI, I have investigated numerous criminal violations, including the on-line sexual exploitation of children. In addition, during my tenure with the FBI, I have conducted or participated in the execution of search warrants involving electronic evidence.

2. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of Title 18, United States Code, Sections 2422, 2423, 2251, and 2252A. I received training in the investigation of child exploitation offenses, including child pornography, and have had the opportunity to observe and review examples of child pornography, as defined in Title 18, United States Code, Section 2256.

3. As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

## PURPOSE OF AFFIDAVIT

4. This affidavit is submitted in support of an application for a criminal complaint charging Barry WARD (born 1992) with Reproduction of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(3)(A) and (b)(1) (the "SUBJECT OFFENSE").[1] As

---

[1] Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1) prohibit a person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

1

described herein, there is probable cause to believe that in or around September 2024, WARD committed the SUBJECT OFFENSE in Paxton, Massachusetts.

5. The statements in this affidavit are based in part on information provided by other law enforcement officers and on my investigation of this matter. I have not included each and every fact known to me concerning this investigation because this affidavit is being submitted for the limited purpose of securing the requested criminal complaint.

## PROBABLE CAUSE

### *Michael Bledsoe Arrested in Michigan*

6. On or about October 14, 2024, an FBI online covert employee (OCE) (hereinafter identified as "OCE-1") observed a post in the Kik[2] group "▬▬▬▬"[3] (hereinafter identified as "Group Chat-1"), which was known for sharing and discussing incestuous activities to include those involving minors, by Kik user "StiltyJack" (SJ). The OCE-1 sent a private message to SJ and OCE-1 and SJ thereafter exchanged messages.

7. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

---

[2] Kik is an instant messaging service which permits users to transmit and receive messages, photos, videos, sketches, mobile web pages, and other content via an internet connection after users register a username.

[3] ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

[4] Telegram is a cloud-based end-to-end encrypted social media and instant messaging application.

8. SJ expressed an interest in talking to the OCE-1's minor daughter and was given her Discord[5] account information. SJ began sending the OCE-1 screenshots of messages he was sending to the OCE-1's minor daughter on Discord. ▇

9. ▇ -3354, a number assigned to T-Mobile. The T-Mobile subscriber was Michael Bledsoe with an address in Haslett, Michigan, which was where IP addresses associated with SJ's Kik account geolocated.

10. On or about December 13, 2024, the FBI Detroit – Lansing Resident Agency executed a federal search warrant on Bledsoe and his residence. During the search, an iPhone 14 plus located on Bledsoe's person was seized.

### Bledsoe's Phone is Searched

11. An FBI forensic examiner who is specially trained in the forensic examination of digital material, extracted material from Bledsoe's phone. FBI Special Agents in Michigan reviewed the extracted material and learned that Bledsoe communicated on Kik with individuals who had a sexual interest in children. They learned that Bledsoe was a moderator for the group chat and assisted in the verification process for group chat access.

### WARD Identified

12. Among the users Bledsoe communicated with on KIK in Group Chat-1, agents identified WARD, who resides in Paxton, Massachusetts.

---

[5] Discord is an instant messaging and voice over internet protocol (VoIP) social platform which allows communication through voice calls, video calls, text messaging, and media.

13. Approximately two days prior to Bledsoe's December 13, 2024, arrest, at 4:14 p.m. UTC on December 11, 2024, a user with the display name "Taylor M" and username "menwearbowties" (hereinafter "MWB") joined Group Chat-1.

14. MWB identified himself as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮" Bledsoe wrote back, "Taylor Verify with me. I need 2 pics, a live pic of you and one of you, and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮" MWB replied, "will do" at 4:29 p.m.[6]

15. This Affiant reviewed Kik records for MWB. The records indicated the subscriber email address was "▮▮▮▮▮▮▮▮gmail.com." Based on a public record search, ▮▮▮▮▮▮▮▮gmail.com is associated with Barry WARD, residing in Paxton.[7]

16. This Affiant also reviewed Massachusetts Registry of Motor Vehicle (RMV) records for Barry WARD. WARD's RMV photo is included below:



17. This Affiant reviewed open-source materials and identified the following image from Barry WARD's public-facing Facebook page uploaded in 2022:

---

[6] From my training and experience, I know that in such groups it is common for moderators to put aspiring new members through a vetting process similar to the steps taken here.

[7] Barry WARD's previous address is ▮▮ Grove Street, Paxton, Massachusetts.

4



18. On December 11, 2024, MWB sent a private message to Bledsoe over Kik: "Hey I'm just going through now to verify with you stand by" and then sent a selfie-style photo of himself wearing a red sweatshirt:



19. ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████

5

20. After MWB was accepted into Group Chat-1, Bledsoe and MWB continued private messaging. MWB stated: "Thanks man I'm sure I'll get booted for not being active hopefully you'll let me rejoin, timing is just hard for me ███████████████████████

███████████████████████████████

21. ███████████████████████████████

███████████████████████████████

██" ███████████████████████████████

███████████████████████████████

██

22. ███████████████████████████████

███████████████████████████████





23.

24.

25.

26.



27.

### *WARD's Additional Kik Activity*

28.     On or about May 1, 2024, another FBI OCE (hereinafter identified as "OCE-2"), acting in the capacity of an undercover persona to identify and target adult individuals who were seeking to contact and engage in illegal sexual activity with minor children, joined a public chat group on Kik titled "▬▬▬▬" (hereinafter identified as "Group Chat-2").

29.

30. OCE-2 then exchanged several private messages with MWB who stated he had a "private group" with other users who discussed the sexual abuse and exploitation of children. ▮▮▮

31. ▮▮▮
▮▮▮
▮▮▮
▮▮▮

32. ▮▮▮
▮▮▮
▮▮▮
▮▮▮



33. ▮▮▮
▮▮▮

████████████████████████████████████████

████████████████████████████████████████████

      34.     ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████



      ***Federal Search Warrant***

      35.     On February 13, 2025, FBI agents obtained a search warrant for WARD's residence and his person. *See* 25-mj-4029,4030. On February 14, 2025, FBI agents executed the search warrants.

      36.     WARD agreed to speak with agents. Their ensuing conversation was recorded. ███

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

███ Both Apple iPhones and iPads are produced outside of Massachusetts.

37. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇ Agents were able to determine that WARD was in the District of Massachusetts in or around September 2024.

## CONCLUSION

38. Based on the foregoing, I respectfully submit that there is probable cause to believe that in or around September 2024 Barry WARD committed the SUBJECT OFFENSE.

39. WHEREFORE, I respectfully request that the Court issue a criminal complaint and arrest warrant for Barry WARD.

I declare that the foregoing is true and correct.

*Lauren Vatier*
LAUREN VATIER
Special Agent
Federal Bureau of Investigation

Sworn via telephone in accordance with Federal Rule of
Criminal Procedure 4.1 on February  14 , 2025

4:19 p.m.

HONORABLE DAVID C. HENNESSY
UNITED STATES MAGISTRATE JUDGE

11